UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.T.,

Plaintiff,

v.

SAMUEL ALTMAN, et al.,

Defendants.

Case No. 26-cv-12823-ASK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Jacqueline Scott Corley to consider whether *M.T. v. Altman et al*, No. 26-cv-12823-ASK is related to *In re Tumbler Ridge Shooting Litigation*, No. 26-cv-03701-JSC.

**IT IS SO ORDERED.**

Dated: November 5, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California